General Complaint



FILED
DEC 0 7 2023
Clerk, U.S. District Court
Eastern District of Texas

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

_Jack-Wilson; Butler_

Case Number: **4:23CV1070**
Judge Jordan

List the full name of each plaintiff in this action.

VS.

_See Attached._

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.   ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.   In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

1. Employ Counsel
2. Court - Appointed Counsel
3. Lawyer Referral Service of the State Bar of Texas, P. O. Box 12487, Austin, Texas 78711.

B.   List the name(s) and address(es) of the attorney(s):

_NONE_

C. Results of the conference with counsel:

_____

_____

_____

II. List previous lawsuits:

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents?  _____Yes  __X__ No

B. If your answer to "A" is "yes", describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

    1. Approximate file date of lawsuit: _____

*NA*

    2. Parties to previous lawsuit(s):

Plaintiff _____

Defendant _____

Attach a separate piece of paper for additional plaintiffs or defendants. *Attached.*

    3. Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.

_N_____

    4. Docket number in other court. _____ *N/A.* _____

    5. Name of judge to whom the case was assigned.

_____ *N/A.* _____

    6. Disposition: Was the case dismissed, appealed or still pending?

_____ *N/A.* _____

    7. Approximate date of disposition. ____ *N/A.* _____

III. Parties to this suit:

    A. List the full name and address of each plaintiff:

        Pla #1    JACK-Wilson : Butler

        Pla #2    ∅

    B. List the full name of each defendant, their official position, place of employment and full mailing address.

        Dft #1:    See Attached.

        Dft #2:

        Dft #3

Attach a separate sheet for additional parties.

2518 Taylor St.

Commerce Texas. 00000

Mailed to the following:

Judge Lana Adams
C/O Municipal Court
1119 Alamo St.
Commerce TX.

State of Texas / Ken Paxton Atty General
300 W. 15th st.
Austin TX 78701

Prosecutor Jay Garrett
c/o Municipal Court
1119 Alamo St
Commerce TX

Becky Landrum Hunt County Clerk
2507 Lee St. second floor
Greenville TX 75401

Police Chief Chris Bassham
c/o Police Department
1103 Pecan St.
Commerce TX.

Texas B.A.R Association
1414 Colorado St.
Austin TX 78701

Policeman Kaela Carter
c/o Police Department
1103 Pecan St.
Commerce Tx

City of Commerce Texas
c/o Howdy Lisenby City Manager
1119 Alamo St.
Commerce TX.

17

IV:   Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

See Law Suit Statement of Claim.

V.  Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

See filing of Suit.

Signed this __07__ day of __Dec__, 20 __23__.
(Month) (Year)

*Jack-Wilson: Butler*

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: __12/07/2023__
Date

*Jack-Wilson: Butler*

Signature of each plaintiff