UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JACK-WILSON: BUTLER | § | |
| | § | CIVIL ACTION NO. |
| v. | § | 4:23-CV-01070-SDJ-AGD |
| | § | |
| CITY OF COMMERCE, TEXAS, et al | § | |

## CERTIFICATE OF INTERESTED PARTIES

The undersigned counsel of record certifies that the following listed persons have an interest in the outcome of this case.  These representations are made in order that the Judge of this Court may evaluate possible disqualification or recusal.

**A.    Parties:**

Pro se Plaintiff:

Jack-Wilson: Butler
P.O. Box 45
Jacksboro, TX 76458
(940) 229-9079

Defendants:

City of Commerce
Judge Lana Adams
Prosecutor Jay Garrett
Officer Kaela Carter
Officer Brennan Drozeski
Police Chief Chris Bassham
Hunt County Court Clerk Becky Landrum
State of Texas/Ken Paxton
State Bar of Texas

**B.    Attorneys for:**

Plaintiff:

None, pro se.

Defendants Judge Lana Adams, City of Commerce, Prosecutor Jay Garrett and Chief Chris Bassham:

James T. Jeffrey, Jr.
LAW OFFICES OF JIM JEFFREY
3200 W. Arkansas Lane
Arlington, Texas 76016
(817) 261-3200
Fax (817) 275-5826

Officer Kaela Carter:

Not known.

---

**CERTIFICATE OF INTERESTED PARTIES – Page 1**

| | |
|---|---|
| Officer Brennan Drozeski: | Not known. |
| Hunt County Clerk Becky Landrum: | James T. Jeffrey, Jr.<br>LAW OFFICES OF JIM JEFFREY<br>3200 W. Arkansas Lane<br>Arlington, Texas 76016<br>(817) 261-3200<br>Fax (817) 275-5826<br>jim@jeffrey.law<br>Lead Counsel<br>-and-<br>Aaron D. Huddleston<br>SCOTT, RAY, PEMBERTON & GOLL, PLLC<br>P.O. Box 1353<br>2608 Stonewall Street<br>Greenville, TX 75043<br>(903) 454-0044 |
| State of Texas/Ken Paxton: | Not known. |
| State Bar of Texas: | Christopher C. Ritter<br>State Bar of Texas<br>Office of Legal Counsel<br>P.O. Box 12487, Capitol Station<br>Austin, Texas 78711-2487<br>(512) 427-1711<br>Fax: (512) 427-4346<br>Chris.ritter@texasbar.com<br>Chief Legal Counsel |

Respectfully submitted,

*/s/ James T. Jeffrey, Jr.*
**JAMES T. JEFFREY, JR.**
State Bar No. 10612300
LAW OFFICES OF JIM JEFFREY
3200 W. Arkansas Lane
Arlington, Texas 76016
(817) 261-3200
Fax (817) 275-5826
Email: jim@jeffrey.law
**LEAD ATTORNEY FOR DEFENDANT HUNT COUNTY CLERK BECKY LANDRUM**

---

**CERTIFICATE OF INTERESTED PARTIES – Page 2**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing is being forwarded this 1st day of February, 2024, the foregoing was served on all counsel of record and to *pro se* Plaintiff Jack-Wilson: Butler by electronic notice via the ECF System for the Eastern District of Texas, pursuant to Plaintiff's signed consent filed herein December 7, 2023 (See ECF Document 2), and was also sent to *pro se* Plaintiff Jack-Wilson: Butler via email to butlerjack1@yahoo.com which is Plaintiff's email address shown on the Court's docket.

/s/ James T. Jeffrey, Jr.
**JAMES T. JEFFREY, JR.**

---