**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| JACK-WILSON: BUTLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:23-CV-01070- |
| | § | SDJ-AGD |
| LANA ADAMS, et al., | § | |
| | § | |
| Defendants. | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this Motion having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 9, 2024, the Report of the Magistrate Judge, (Dkt. #51), was entered containing proposed findings of fact and recommendation that Defendant Landrum's Motion to Dismiss (Dkt. #20) be granted; Defendant State Bar's Motion to Dismiss (Dkt. #21) be granted; the Municipal Defendants' Motion to Dismiss (Dkt. #22) be granted; Plaintiff's Motions to Strike (Dkt. #24; Dkt. #25) be denied; and Plaintiff's case be dismissed with prejudice.

On September 13, 2024, Plaintiff filed timely objections to the Report (Dkt. #55). The Court has conducted a de novo review of Plaintiff's objections and the portions of the Report to which Plaintiff specifically objects. Having done so, the Court is of the opinion that the findings of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings of the Court.

1

It is therefore **ORDERED** that Defendant Landrum's Motion to Dismiss (Dkt. #20) is **GRANTED**; Defendant State Bar's Motion to Dismiss (Dkt. #21) is **GRANTED**; the Municipal Defendants' Motion to Dismiss (Dkt. #22) is **GRANTED**; Plaintiff's Motions to Strike (Dkt. #24; Dkt. #25) are **DENIED**; and Plaintiff's case is **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that any request for relief not addressed by the Report (Dkt. #51) is **DENIED AS MOOT**.

**So ORDERED and SIGNED this 24th day of September, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE